United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-7, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM CUTLIP, et al., <br><br> Defendants. | Case No.  16-cv-03612-BLF <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE COUSINS AND REMANDING ACTION TO THE SANTA CLARA SUPERIOR COURT** |

On August 17, 2016, Defendant William Cutlip filed an objection to the Report and Recommendation ("R&R") of Magistrate Judge Nathanel M. Cousins remanding this unlawful detainer action and denying Defendant's motion to proceed in forma pauperis.  *See* ECF 8, 11. The Court has reviewed and thoroughly considered Judge Cousins' R&R and the arguments in Cutlip's objection.  Finding the R&R correct, well-reasoned, and thorough, the Court adopts it in every respect.

Defendant, as the party seeking removal, bears the burden of demonstrating subject matter jurisdiction.  In his objection to Judge Cousins' R&R, Cutlip raises several objections based on affirmative defenses or counterclaims that he may allege under federal law.  ECF 11.  However, "[f]ederal jurisdiction cannot be predicated on an actual or anticipated defense . . . [n]or can federal jurisdiction rest upon an actual or anticipated counterclaim."  *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009) (internal citations omitted).  Therefore, this Court does not have federal question jurisdiction.

Accordingly, the Court DENIES Cutlip's motion to proceed in forma pauperis and the

above-titled unlawful detainer action is REMANDED to Santa Clara Superior Court.

**IT IS SO ORDERED.**

Dated:  August 30, 2016

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California